**Todd M. Friedman, Esq. (216752)**
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**369 S. DOHENY DR. #415**
**BEVERLY HILLS, CA 90211**
**877 206-4741**
**866 633-0228 facsimile**
**tfriedman@AttorneysForConsumers.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**JENNIFER RODGRIGUEZ,**                    )   Case No. 09-CV-2010 BEN BLM
                                            )
Plaintiff,                                  )   **NOTICE OF DISMISSAL WITH**
                                            )   **PREJUDICE**
          vs.                               )
                                            )
**CREDITOR'S INTERCHANGE**                  )
**RECEIVABLE MANAGEMENT,**                  )
**LLC,**                                    )
                                            )
Defendant.                           )

        **NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the

Southern District Court of California, Plaintiff's Notice of  Dismissal of Case With

Prejudice, a copy of which is herewith served upon Defendant.


                **RESPECTFULLY SUBMITTED** this 5th day of November, 2009.


                        By: **s/Todd M. Friedman**
                            **Todd M. Friedman, Esq.**
                            **Attorney for Plaintiff**

Filed electronically on this 5th day of November, 2009, with:

United States District Court CM/ECF system

And hereby served upon all parties


By: s/Todd M. Friedman
      Todd M. Friedman